## 56493. CITY OF BOWMAN v. GUNNELLS et al.

DEEN, Chief Judge.
The prior holding of this court in *City of Bowman v. Gunnells,* 148 Ga. App. 27 (251 SE2d 39) (1978), has been reversed on certiorari by the Supreme Court 243 Ga. 809 (1979). The prior judgment in this case is vacated and the judgment of the trial court is reversed.
*Judgment reversed. Smith and Banke, JJ., concur.*

ARGUED SEPTEMBER 12, 1978 — DECIDED SEPTEMBER 6, 1979.

*Robert W. Lavender, Woodrow W. Lavender, R. Chris Phelps,* for appellant.
*Jack S. Davidson, Walter James Gordon, Julius Hulsey, Eugene A. Epting, Richard Story,* for appellees.